IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

TRONOX LLC                                                             PLAINTIFF

v.                                         CIVIL ACTION NO. 1:11-CV-127-SA-DAS

BE&K CONSTRUCTION COMPANY, LLC,
ACE AMERICAN INSURANCE COMPANY,
JOHN DOES 1-5, and ABC CORPORATIONS A-E               DEFENDANTS

## JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for hearing on motion *ore tenus* of the parties to dismiss Plaintiff's cause of action with prejudice, and this Court, having considered the same and being fully advised in the premises, and it appearing that this entire cause has been compromised and settled as between and among the parties, is of the opinion that said motion is well-taken and should be, and the same is hereby, granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause be, and the same is hereby, dismissed with prejudice, with each party to bear their respective costs.

SO ORDERED AND ADJUDGED, this the 21st day of May, 2012.

                                                                  /s/ Sharion Aycock
                                                                   UNITED STATES DISTRICT COURT JUDGE